No. 73–1240.  AIR LINE STEWARDS & STEWARDESSES ASSN., LOCAL No. 550, TWU, AFL–CIO *v.* ZIPES ET. AL.; and

No. 73–1416.  TRANS WORLD AIRLINES, INC., ET AL. *v.* ZIPES ET AL.  C. A. 7th Cir.  Certiorari denied.  MR.

994

JUSTICE DOUGLAS would grant certiorari.

No. 73–6010.  SMITH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.